UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

KATHLEEN MITCHELL
on behalf of herself and
all others similarly situated,

      Plaintiff,

v.

      Case No. 19-cv-147

TRILLIANT FOOD AND NUTRITION, LLC,

      Defendant

## PLAINTIFF'S MOTION FOR APPROVAL OF SERVICE AWARD

COMES NOW Plaintiff, Kathleen Mitchell, on behalf of herself and all others similarly situated, by and through her counsel, Walcheske & Luzi, LLC, and hereby respectfully motions this Court for approval of Plaintiff's Service Award on the grounds set forth below.

1. The Seventh Circuit has recognized that, in appropriate cases, class representatives may be entitled to service awards. *See Spicer v. Chi. Bd. Options Exch.*, 844 F. Supp. 1226, 1267 (N.D. Ill. 1993) (citing *In re Cont'l Ill. Sec. Litig.*, 962 F.2d 566, 571 (7th Cir. 1992)). The amount of the award can reflect the extent to which the class has benefitted from the plaintiff's efforts to protect the interests of the class and the amount of time and effort expended. *See Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998).

2. In this case, the parties have agreed that Plaintiff will receive a Service Award, subject to Court approval, in the total amount of $15,000.00. Defendant does not oppose the request, (ECF No. 172-1, ¶ 3.2 (A)), and the approval of Plaintiff's Service Award by this Court

will not affect the amounts payable to Settlement Class members in any way. (Declaration of James A. Walcheske, ECF No. 173, ¶ 20.)

3. Plaintiff's Service Award is reflective of Plaintiff's extensive involvement in this case, her work with counsel in bringing this matter, the significant monetary success of the parties' settlement, and the extent to which Settlement Class members have benefitted from Plaintiff's efforts to protect and pursue their legal and monetary interests.

4. Plaintiff's Service Award is fair, reasonable, and comparable vis-à-vis other service awards granted to other lead plaintiffs in multi-plaintiff cases under the Fair Labor Standards Act, as amended, and Wisconsin's Wage Payment and Collection Laws in this District. *See, e.g.*, *Cooper v. OS Restaurant Services, LLC,* Case No. 20-cv-240-LA, ECF No. 57 (E.D. Wis. June 9, 2021); *Aguilar v. Bel Brands USA, Inc.,* Case No. 20-cv-759-WCG, ECF No. 35 (E.D. Wis. Apr. 29, 2021); *Stirmel v. S&C Electric Company,* Case No. 20-cv-347-LA, ECF No. 44 (E.D. Wis. Mar. 5, 2021); *Yegger v. TRN Milwaukee*, Case No. 20-cv-144-LA, ECF No. 21 (E.D. Wis. June 23, 2020); *Winter v. U.S. Paper Mills Corp., et. al.*, Case No. 19-cv-657-WCG, ECF No. 41 (E.D. Wis. May 7, 2020); *Melzer v. Pro Label, Inc.,* Case No. 18-cv-1080-WCG, ECF No. 37 (E.D. Wis. Jan. 23, 2020); *Lee v. UL LLC,* Case No. 17-cv-1617-WCG, ECF No. 19 (E.D. Wis. Nov. 25, 2019); *Johnson v. National Technologies, Inc.*, No. 18-cv-462-DEJ, ECF No. 57 (E.D. Wis., July 22, 2019); *Dietzen v. Community Loans of America, Inc.*, Case No. 2018-cv-818-WCG, ECF No. 39 (E.D. Wis. May 15, 2019); *Weninger v. General Mills Operations, LLC*, Case No. 2018-cv-321-JPS, ECF No. 93 (E.D. Wis. Apr. 18, 2019); *Gerlach v. West Revenue Generation Services, et. al.*, Case No. 2018-cv-170-WCG, ECF No. 91 (E.D. Wis. Jan. 3, 2019).

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her Motion for Approval of a Service Award in the total amount of $15,000.00 as set forth herein.

Dated this 12th day of July, 2021

                WALCHESKE & LUZI, LLC
                Counsel for Plaintiff

                s/ *James A. Walcheske*
                James A. Walcheske, State Bar No. 1065635

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
Email: jwalcheske@walcheskeluzi.com