UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

KATHLEEN MITCHELL
on behalf of herself and
all others similarly situated,

        Plaintiff,

   v.

TRILLIANT FOOD AND NUTRITION, LLC,

        Defendant

Case No. 19-cv-147

---

### FINAL ORDER APPROVING SETTLEMENT

---

**WHEREAS**, the Court having previously preliminarily approved the parties' Settlement Agreement, ECF No. 172-1, has reviewed the parties' *Joint Motion for Final Approval of Class and Collective Action Settlement*, ECF No. 181, *Plaintiff's Motion for Approval of Service Award*, ECF No. 175, and *Plaintiff's Motion for Approval of Award of Attorneys' Fees and Costs to Class Counsel*, ECF No. 176, and has held a Fairness Hearing regarding the same on September 2, 2021:

**IT IS HEREBY ORDERED THAT**:

    1.    The parties' Settlement Agreement & Release, ECF No. 172-1, is **APPROVED** as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e);

    2.    The Settlement Agreement is **APPROVED** as representing a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act;

    3.    Trilliant Food and Nutrition, LLC, Ms. Mitchell, and all members of the Settlement Class **SHALL BE BOUND** by the terms and conditions of the Settlement Agreement & Release;

    4.    The settlement payments to all Settlement Class members are **APPROVED**;

5. Ms. Mitchell's Service Award in the amount of $15,000.00 is **APPROVED**;

6. Class Counsel's requested award of attorneys' fees in the amount of $333,333.33 and costs in the amount of $23,500.00 are fair and reasonable and are therefore **APPROVED**;

7. The released claims are deemed **DISMISSED** with prejudice as apply to Ms. Mitchell and all Settlement Class members against the Released Parties as defined in the Settlement Agreement & Release;

8. The WWPCL claims of the putative WWPCL Settlement Class members who properly and timely excluded themselves in accordance with the procedures in the parties' Settlement Agreement & Release are deemed **DISMISSED** without prejudice; and

9. This case is hereby **DISMISSED** on the merits with prejudice.

Dated at Green Bay, Wisconsin this  2nd  day of September, 2021

                                                 s/William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge